Submitted February 23, 2016, affirmed February 15, 2017

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ANDREW MICHAEL WINKELMAN,
aka Andrew Michael Feldman,
*Defendant-Appellant.*

Washington County Circuit Court
C112051CR; A157591

388 P3d 1166

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Marc D. Brown, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Paul L. Smith, Deputy Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Lagesen, Judge, and Garrett, Judge.

PER CURIAM

Affirmed. *State v. Silsby,* 282 Or App 104, 110-13, 386 P3d 172 (2016), *rev den,* 360 Or 752 (2017).